BAUM & BAUM, ASSOCIATES, P.A.
Brian Baum, Esquire (Pennsylvania Bar ID. No. 82903)
1795 North Fry Rd., Suite 214
Katy, Texas 77449-3
Tel:    (832) 265-4088
Fax:    (281) 392-9183
E-mail: baumlaw@ymail.com

JUN 24'08 AM 8:14 USB

Proposed Attorney for Omega Consulting, Assignee of Alliant Computer Systems Corporation

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

In re:

ALLIANT COMPUTER SYSTEMS                    Chapter 11
CORPORATION,                                Case No. 92-15302-JNF

        Debtor.
_____/

## MOTION TO APPEAR VIA TELEPHONIC CONFERENCE

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to the Commonwealth of Massachusetts Rules of Professional Conduct governing activities of lawyers from other jurisdictions who are not members," and certification herein, Brian Baum ("proposed admittee"), respectfully moves for admission to appear telephonically for hearing scheduled for June 24, 2008 at 1:30 pm. on behalf of Movant, Omega Consulting for the limited purpose of prosecuting its Motion For Order Releasing Unclaimed Funds held on deposit with the Court in the above-entitled closed case.

The proposed admittee certifies to the Court as follows:

1.      The proposed admittee is not a member of the State Bar of Massachusetts, nor of this Court.

1

6/24/2008 Motion allowed.

2. The proposed admittee is a member in good standing of the Bar of the Commonwealth of Pennsylvania, the United States District Court For the Eastern District of Pennsylvania, and the United States Court of Appeals For the Fifth Circuit in New Orleans, Louisiana.

3. The proposed admittee has not been admitted to appear in this Court in any matter during the twelve months immediately preceding the filing of this motion, and does so only because of his only recently being asked to represent Omega Consulting at said hearing, and because he is from out-of-state with an office currently in Katy, Texas.

4. The proposed admittee hereby certifies that he has filed no previous filings nor requests for leave to do so in this Court.

5. The proposed admittee is familiar with the Bankruptcy Code, the Federal Rules of Civil and Bankruptcy Procedure, and the Massachuset Rules of Professional Conduct, and shall at all times adhere to the disciplinary and procedural rules of this Court.

6. The proposed admittee understands that his admission to appear telephonically, if granted, is for the limited purpose of seeking return of unclaimed dividends held in the registry of the Court in this case to the Debtor, and is in the interest of causing no further costs to the above entitled estates, and does not constitute formal admission to the Bar of this Court.

Dated: June 23, 2008.

Respectfully submitted

By: _____
Brian Baum, Esq. (PA Bar # 82903)
1795 North Fry Rd., Suite 214
Katy, Texas 77449
Tel:   (832) 265-4088

2